B4 (Official Form 4) (12/07)

## United States Bankruptcy Court
### District of Delaware

In re   **Pecus ARG Holding, Inc.**                                    Case No.   09-10170
                                        Debtor(s)                      Chapter    **11**

# AMENDED

## CONSOLIDATED LIST OF CREDITORS HOLDING 30 LARGEST UNSECURED CLAIMS

Following is the consolidated list of the debtor's creditors holding the 30 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The consolidated list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 30 largest unsecured claims. If a minor child is one of the creditors holding the 30 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| SYSCO Food Services<br>1390 Enclave Parkway<br>Houston, TX 77077 | Debbie Martin<br>SYSCO Food Services<br>1390 Enclave Parkway<br>Houston, TX 77077<br>Ph: 281-584-1390<br>Fax: 281-584-1744 | Food Vendor | | $3,030,159.85 |
| Macerich Oaks Adjacent LLC<br>The Macerich Company<br>401 Wilshire Boulevard<br>Suite 700<br>Santa Monica, CA 90401 | Julia B. Ladd<br>The Macerich Company<br>401 Wilshire Boulevard<br>Suite 700<br>Santa Monica, CA 90401<br>Ph: 805-495-4628<br>Fax:310-395-2791 | Landlord | | $211,750.00 |
| Route 140 School Street LLC<br>S.R. Weiner & Associates, Inc.<br>1330 Boylston Street<br>Chestnut Hill, MA 02467 | Richard Marks<br>Route 140 School Street LLC<br>S.R. Weiner & Associates, Inc.<br>1330 Boylston Street<br>Chestnut Hill, MA 02467<br>Ph: 617-232-8900<br>Fax:617-574-4100 | Landlord | | $135,766.00 |
| World Wide Produce<br>1661 McGarry Street<br>Los Angeles, CA 90021 | Stuart Weisfeld<br>World Wide Produce<br>1661 McGarry Street<br>Los Angeles, CA 90021<br>Ph: 800-300-2737<br>Fax:213-741-1777 | Produce Vendor | | $128,356.70 |

B4 (Official Form 4) (12/07) - Cont.

In re  Pecus ARG Holding, Inc.
                Debtor(s)

Case No.  09-10170

# AMENDED LIST OF CREDITORS HOLDING 30 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Megapath, Inc.<br>555 Anton Blvd.<br>Suite 200<br>Costa Mesa, CA 92626 | T.J. Hatch<br>Megapath, Inc.<br>555 Anton Blvd., Suite 200<br>Costa Mesa, CA 92626<br>Ph: 714-327-2134<br>Fax: 714-262-4091 | Information Systems | | $110,094.28 |
| DDR Family Centers<br>c/o Developer Diversified Realty Company<br>3300 Enterprise Parkway<br>Beachwood, OH 44122 | Kim Claver<br>DDR Family Centers<br>c/o Developer Diversified Realty Company<br>3300 Enterprise Parkway<br>Beachwood, OH 44122<br>Ph: 216-755-5500<br>Fax:801-363-5555 | Landlord | | $95,627.18 |
| CBS Radio<br>5670 Wilshire Blvd.<br>Suite 200<br>Los Angeles, CA 90036 | Valerie Blackburn<br>Market Controller<br>CBS Radio<br>5670 Wilshire Blvd.<br>Suite 200<br>Los Angeles, CA 90036<br>Ph: 323-930-5590<br>Fax:323-931-5198 | Advertising | | $84,162.52 |
| Hansen Sales<br>96-1282 Waihona Street<br>Pearl City, HI 96782 | Bob Piccinino<br>Hansen Sales<br>96-1282 Waihona Street<br>Pearl City, HI 96782<br>Ph: 808-456-3334<br>Fax:808-456-5043 | Food Vendor | | $81,414.97 |
| Scottsdale 101 Associates LLC<br>c/o Westcor Partners<br>1141 North Tatum Blvd.<br>Phoenix, AZ 85028 | Shirley Knapp<br>Scottsdale 101 Associates LLC<br>c/o Westcor Partners<br>1141 North Tatum Blvd.<br>Phoenix, AZ 85028<br>Ph: 602-953-6200<br>Fax:602-953-6327 | Landlord | | $76,707.20 |
| General Produce Co.<br>1330 North "B" Street<br>Sacramento, CA 95814 | Tom Chan<br>General Produce Co.<br>1330 North "B" Street<br>Sacramento, CA 95814<br>Ph: 916-441-6431<br>Fax:916-441-2483 | Produce Vendor | | $66,493.10 |

691.002-24095

B4 (Official Form 4) (12/07) - Cont.

In re   **Pecus ARG Holding, Inc.**                                        Case No.  09-10170
                                    Debtor(s)

## AMENDED LIST OF CREDITORS HOLDING 30 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Teardrop Partners, L.P.<br>3189 Danville Blvd.<br>Suite 240<br>Alamo, CA 94507 | Jed Magee<br>Teardrop Partners, L.P.<br>3189 Danville Blvd.<br>Suite 240<br>Alamo, CA 94507<br>Ph: 925-314-9938<br>Fax:925-314-9985 | Landlord | | $65,547.69 |
| Ernst Trust Washington LLC<br>c/o The Ernst Group<br>12401 Helena Street<br>Los Angeles, CA 90049 | Dr. Robert Ernst<br>Ernst Trust Washington LLC<br>c/o The Ernst Group<br>12401 Helena Street<br>Los Angeles, CA 90049<br>Ph: 310-476-1870<br>Fax:310-476-2077 | Landlord | | $63,192.30 |
| Southern Wine & Spirits<br>17101 Valley View Avenue<br>Cerritos, CA 90703 | Larry Chaplin<br>Southern Wine & Spirits<br>17101 Valley View Avenue<br>Cerritos, CA 90703<br>Ph: 305-625-4171<br>Fax: 562-404-0461 | Alcohol Vendor | | $59,102.63 |
| Charlie's Produce, Inc.<br>4123 2nd Avenue S.<br>Seattle, WA 98134 | Mike Serwold<br>Charlie's Produce, Inc.<br>4123 2nd Avenue S.<br>Seattle, WA 98134<br>Ph: 206-613-3333<br>Fax:206-442-9023 | Produce Vendor | | $58,620.69 |
| Mission Linen<br>5400 Alton Street<br>Chino, CA 91710 | Barry Hill<br>Mission Linen<br>5400 Alton Street<br>Chino, CA 91710<br>Ph: 909-393-5589<br>Fax: 909-597-9649 | Supplies Vendor | | $57,463.19 |
| Pacific Gas & Electric Co.<br>8110 Lorraine Avenue<br>Stockton, CA 95210 | Todd Streyle<br>Pacific Gas & Electric Co.<br>8110 Lorraine Avenue<br>Stockton, CA 95210<br>Ph: 209-956-7549<br>Fax:209-955-7339 | Utility | | $53,403.47 |
| American Fish & Seafood - LA<br>625 Kohler Street<br>Los Angeles, CA 90021 | Jim Chandler<br>American Fish & Seafood - LA<br>625 Kohler Street<br>Los Angeles, CA 90021<br>Ph: 800-433-1996 ext. 117<br>Fax:213-612-0199 | Food Vendor | | $45,792.07 |

B4 (Official Form 4) (12/07) - Cont.

In re  Pecus ARG Holding, Inc.  
        Debtor(s)

Case No.  09-10170

# AMENDED LIST OF CREDITORS HOLDING 30 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Grand Avenue Produce Co, Inc. 3143 W. Lewis Phoenix, AZ 85001 | John New Grand Avenue Produce Co, Inc. 3143 W. Lewis Phoenix, AZ 85001 Ph: 602-254-8643 Fax: 602-254-8643 | Produce Vendor | | $43,473.30 |
| Jeffco Credit Union 355 Union Blvd. Lakewood, CO 80228 | Thomas Theune Jeffco Credit Union 355 Union Blvd. Lakewood, CO 80228 Ph: 303-991-1673 Fax:303-989-7759 | Landlord | | $40,000.00 |
| Macerich St. Marketplace LP c/o South Towne Center 10450 South State Street Sandy, UT 84070 | Lauri Stark Macerich St. Marketplace LP c/o South Towne Center 10450 South State Street Sandy, UT 84070 Ph: 801-572-1517 Fax:801-571-3927 | Landlord | | $38,376.65 |
| Tricor Print Communications 7931 N.E. Halsey Street Suite 10 Portland, OR 97213 | Pat Melita Tricor Print Communications 7931 N.E. Halsey Street Suite 10 Portland, OR 97213 Ph: 800-635-7778 Fax:503-256-0561 | Supplies Vendor | | $37,627.39 |
| West Valley Partnership c/o Centermark Properties 11601 Wilshire Boulevard 12th Floor Los Angeles, CA 90025 | Robert Bermingham West Valley Partnership c/o Centermark Properties 11601 Wilshire Boulevard 12th Floor Los Angeles, CA 90025 Ph: 310-445-2427 Fax:310-478-8776 | Landlord | | $37,238.31 |
| Young's Market Company 500 South Central Ave. Los Angeles, CA 90013 | Kathy Conley Young's Market Company 500 South Central Ave. Los Angeles, CA 90013 Ph: 213-612-1297 Fax: 213-612-1238 | Alcohol Vendor | | $36,500.62 |

691.002-24095

B4 (Official Form 4) (12/07) - Cont.

In re  Pecus ARG Holding, Inc.
          Debtor(s)

Case No.  09-10170

# AMENDED LIST OF CREDITORS HOLDING 30 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| The Wasserstrom Company<br>477 S. Front Street<br>Columbus, OH 43215 | Mitch Harp<br>The Wasserstrom Company<br>477 S. Front Street<br>Columbus, OH 43215<br>Ph: 800-999-9277<br>Fax:614-225-8055 | Supplies Vendor | | $34,186.35 |
| The Calhoun Family Trust<br>6624 Winterset Way<br>San Jose, CA 95120 | Michael Calhoun<br>The Calhoun Family Trust<br>6624 Winterset Way<br>San Jose, CA 95120<br>Ph: 408-997-8446<br>Fax:408-997-2446 | Landlord | | $32,000.00 |
| Arthur Blank & Co., Inc.<br>225 Rivermoor Street<br>Boston, MA 02132 | Michael Wanvo<br>Arthur Blank & Co., Inc.<br>225 Rivermoor Street<br>Boston, MA 02132<br>Ph: 617-325-9600<br>Fax:617-327-1235 | Marketing | | $31,314.50 |
| The Commonwealth Real Estate Companies/Sandra McLeod & Richard Corbett<br>1900 McLoughlinl Blvd.<br>Suite 67<br>Oregon City, OR 97045 | Sandra McLeod<br>The Commonwealth Real Estate Companies/Sandra McLeod & Richard Corbett<br>1900 McLoughlinl Blvd.<br>Suite 67<br>Oregon City, OR 97045<br>Ph: 503-722-9587<br>Fax:503-496-3001 | Landlord | | $29,850.00 |
| DirecTV<br>Attn: Bankruptcy Department<br>P.O. Box 92600<br>Los Angeles, CA 90009 | Adam Lombardo<br>Attn: Bankruptcy Department<br>DirecTV<br>2230 East Imperial Highway<br>El Segundo, CA 90245<br>Ph: 310-964-5311<br>Fax:800-933-4631 | Cable Vendor | | $27,360.72 |
| Buder Engel & Friends, Inc.<br>128 King Street<br>Third Floor<br>San Francisco, CA 94107 | Wayne Buder<br>Buder Engel & Friends, Inc.<br>128 King Street<br>Third Floor<br>San Francisco, CA 94107<br>Ph: 415-365-6233<br>Fax:415-658-2815 | Marketing | | $27,333.00 |

691.002-24095

B4 (Official Form 4) (12/07) - Cont.

In re    Pecus ARG Holding, Inc.                                    Case No.   09-10170

Debtor(s)

# AMENDED LIST OF CREDITORS HOLDING 30 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Walnut Plaza PAO Family Partnership<br>Cardoza Properties<br>101 Ellenwood Drive<br>Pleasanton, CA 94523 | Lou Lopez<br>Walnut Plaza PAO Family Partnership<br>Cardoza Properties<br>101 Ellenwood Drive<br>Pleasanton, CA 94523<br>Ph: 925-691-0800<br>Fax: 925-691-0803 | Landlord | | $25,542.40 |

691.002-24095

B4 (Official Form 4) (12/07) - Cont.

| In re | Pecus ARG Holding, Inc. | Case No. | 09-10170 |
|---|---|---|---|
| | Debtor(s) | | |

## AMENDED LIST OF CREDITORS HOLDING 30 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Lisa M. Poulin, Chief Restructuring Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing Amended list and that it is true and correct to the best of my information and belief.

Date  1/23/09                    Signature  _____
                                             Lisa M. Poulin
                                             Chief Restructuring Officer

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.