# EXHIBIT B

### FIRST AMENDMENT TO SETTLEMENT AND RELEASE AGREEMENT

This First Amendment Settlement and Release Agreement (the "Amendment") amends and modifies that certain Settlement and Release Agreement dated October 8, 2013 (the "Agreement"). Unless otherwise defined herein, capitalized terms used in this Amendment are defined in the Agreement.

WHEREAS, on October 11, 2013, the Parties jointly filed their *Motion for Order Pursuant to Federal Rule of Bankruptcy Procedure 9019 Approving Settlement By and Between George L. Miller, Chapter 7 Trustee for the Estates of GRA Liquidation, Inc., et al., and Terrie Sullivan, on Behalf of Herself and All Others Similarly Situated* (the "Motion"); and

WHEREAS, after the Motion was filed, the Supreme Court decided *United States v. Quality Stores, Inc.*, 2014 U.S. Lexis 2213 (2014), which holds that severance payments are wages for purposes of FICA; and

WHEREAS, the Trustee has a duty to collect FICA monies from severance payments paid on behalf of the Debtor; and

WHEREAS, the original Agreement called for the Trustee to make a lump sum Settlement Payment to Plaintiff without a distribution mechanism under IRS Form W-2; and

WHEREAS, the Parties wish to avoid any FICA liabilities or penalties to the United States government which may attach to the distribution of the Settlement Payment without a distribution mechanism under IRS Form W-2;

NOW, THEREFORE, for valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Parties agree to amend the Agreement as follows:

Paragraph 3.

(a). <u>Claims</u>. In full and complete satisfaction of all claims (as that term is defined under 11 U.S.C. § 105(5)) asserted in the Complaint and all alleged claims arising from or related to the WARN Act and Cal WARN Act (together the "WARN Acts"), each of the 58 previously identified former employees of the Debtor, who would be covered under the WARN Acts, (collectively, the WARN Act Claimants or "Terminated Employees") shall receive an allowed unsecured priority claim pursuant to section 507(a)(4) of the Bankruptcy Code against the Debtors' bankruptcy estates which in the aggregate amount is Seven Six Thousand Five Hundred Dollars ($76,500.00) (the "Settlement Payment"), from which the Plaintiff's Service Payment (as defined herein), Plaintiff Counsel's Fee (as defined herein), and the Terminated Employees' Distribution (as defined herein) shall be paid.

(b). <u>Plaintiff's Service Payment</u>. Plaintiff, as the putative class representative, shall be entitled to a Chapter 11 administrative wage claim in the amount of One Thousand ($1,000.00) Dollars (the "Service Payment") as compensation for initiating this action and for her services on behalf of the Terminated Employees. The Trustee shall pay the Service Payment contemporaneously with the Terminated Employees' Distribution. The Trustee shall issue an IRS Form W-2 which will include the Service Payment. The Trustee shall not deduct attorneys' fee from the Service Payment.

(c). <u>Plaintiff Counsel's Fee</u>. Upon final approval by the Bankruptcy Court of the Agreement and the Amendment thereto, the Trustee shall deduct Plaintiff Counsel's fees and expenses from the Settlement Payment. Plaintiff Counsel's fee is in the amount of one-third of the Settlement Payment, after deducting the Service Payment, and Plaintiff Counsel's court costs and expenses of not more than $5,000.00 (collectively with the fees "Plaintiff's Counsel's Fee").

Plaintiff Counsel's Fee does not constitute a claim in the Debtors' estate pursuant to 11 U.S.C. § 503(b). Plaintiff Counsel's Fee shall be delivered to René S. Roupinian, Outten & Golden LLP, 3 Park Avenue, 29th Floor, New York, NY 10016.

(d). *Terminated Employees' Distribution.* The Trustee shall distribute Plaintiff Counsel's Fee and the Service Payment contemporaneously with the distribution to the Terminated Employees, pursuant to the schedule annexed hereto as Schedule 1 (the "Terminated Employees' Distribution"). All payments under the Agreement shall be made pursuant to the Trustee's Final Report to be filed in Debtors' cases which will be filed within 30 days of the Bankruptcy Court approval of the Agreement and the Amendment thereto. The Trustee shall issue an IRS Form W-2 to each recipient for their respective distribution, less applicable federal and state payroll tax withholdings in accordance with the applicable rates at the time of the Terminated Employees' Distribution. The Trustee shall not be liable for any personal tax obligations of any recipient, Plaintiff's Counsel or the named Plaintiff arising from or related to the Terminated Employees' Distribution. All Terminated Employee Distributions shall be made to the last known address of any Terminated Employee according to the information provided by Plaintiff's Counsel or the information contained within the Debtors' books and records. Plaintiff's Counsel and the Trustee will work cooperatively to locate updated addresses and promptly re-mail settlement checks to those Terminated Employees whose settlement checks were returned undeliverable, inadvertently destroyed or never received by the Terminated Employee.

IN WITNESS WHEREOF, the Parties hereto have executed this Amendment as of the date below.

| GEORGE L. MILLER, TRUSTEE | Outten & Golden LLP |
|---|---|
| *(signature)*<br>George L. Miller<br>Chapter 7 Trustee of the Estates of GRA Liquidation, Inc. *et al.*<br>1628 John F. Kennedy Boulevard<br>Philadelphia, PA 19103<br>Tel: (215) 561-0950<br><br>Dated: 7/1/14 | By: *(signature)*<br>Rene S. Roupinian, Esquire<br>Advocates for Workplace Fairness<br>3 Park Avenue, 29th Floor<br>New York, NY 10016<br>Tel: (212) 245-1000 ext. 4363<br><br>*Counsel to Terrie Sullivan & the putative class of Terminated Employees*<br><br>Dated: 6/30/14 |

GRA Liquidation, Inc. et al.
Calculation of Proposed Distribution to Terminated Employees

| | WARN Act Claimants [Redacted] | Settlement Amount | Federal Income Tax Withholding (25%) | FICA Withholding (6.2%) | Medicare Withholding (1.45%) | California Personal Income Tax Withholding (6.6%) | California State Disability Insurance (1.0%) | WARN Act Claimants' Counsel Fees | WARN Act Claimants' Counsel Expenses | Net Payment to WARN Act Claimants |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | $ 1,301.72 | $ 325.43 | $ 80.71 | $ 18.88 | $ 85.91 | $ 13.02 | $ 405.17 | $ 86.21 | $ 286.40 |
| 2 | | $ 1,301.72 | $ 325.43 | $ 80.71 | $ 18.88 | $ 85.91 | $ 13.02 | $ 405.17 | $ 86.21 | $ 286.40 |
| 3 | | $ 1,301.72 | $ 325.43 | $ 80.71 | $ 18.88 | $ 85.91 | $ 13.02 | $ 405.17 | $ 86.21 | $ 286.40 |
| 4 | | $ 1,301.72 | $ 325.43 | $ 80.71 | $ 18.88 | $ 85.91 | $ 13.02 | $ 405.17 | $ 86.21 | $ 286.40 |
| 5 | | $ 1,301.72 | $ 325.43 | $ 80.71 | $ 18.88 | $ 85.91 | $ 13.02 | $ 405.17 | $ 86.21 | $ 286.40 |
| 6 | | $ 1,301.72 | $ 325.43 | $ 80.71 | $ 18.88 | $ 85.91 | $ 13.02 | $ 405.17 | $ 86.21 | $ 286.40 |
| 7 | | $ 1,301.72 | $ 325.43 | $ 80.71 | $ 18.88 | $ 85.91 | $ 13.02 | $ 405.17 | $ 86.21 | $ 286.40 |
| 8 | | $ 1,301.72 | $ 325.43 | $ 80.71 | $ 18.88 | $ 85.91 | $ 13.02 | $ 405.17 | $ 86.21 | $ 286.40 |
| 9 | | $ 1,301.72 | $ 325.43 | $ 80.71 | $ 18.88 | $ 85.91 | $ 13.02 | $ 405.17 | $ 86.21 | $ 286.40 |
| 10 | | $ 1,301.72 | $ 325.43 | $ 80.71 | $ 18.88 | $ 85.91 | $ 13.02 | $ 405.17 | $ 86.21 | $ 286.40 |
| 11 | | $ 1,301.72 | $ 325.43 | $ 80.71 | $ 18.88 | $ 85.91 | $ 13.02 | $ 405.17 | $ 86.21 | $ 286.40 |
| 12 | | $ 1,301.72 | $ 325.43 | $ 80.71 | $ 18.88 | $ 85.91 | $ 13.02 | $ 405.17 | $ 86.21 | $ 286.40 |
| 13 | | $ 1,301.72 | $ 325.43 | $ 80.71 | $ 18.88 | $ 85.91 | $ 13.02 | $ 405.17 | $ 86.21 | $ 286.40 |
| 14 | | $ 1,301.72 | $ 325.43 | $ 80.71 | $ 18.88 | $ 85.91 | $ 13.02 | $ 405.17 | $ 86.21 | $ 286.40 |
| 15 | | $ 1,301.72 | $ 325.43 | $ 80.71 | $ 18.88 | $ 85.91 | $ 13.02 | $ 405.17 | $ 86.21 | $ 286.40 |
| 16 | | $ 1,301.72 | $ 325.43 | $ 80.71 | $ 18.88 | $ 85.91 | $ 13.02 | $ 405.17 | $ 86.21 | $ 286.40 |
| 17 | | $ 1,301.72 | $ 325.43 | $ 80.71 | $ 18.88 | $ 85.91 | $ 13.02 | $ 405.17 | $ 86.21 | $ 286.40 |
| 18 | | $ 1,301.72 | $ 325.43 | $ 80.71 | $ 18.88 | $ 85.91 | $ 13.02 | $ 405.17 | $ 86.21 | $ 286.40 |
| 19 | | $ 1,301.72 | $ 325.43 | $ 80.71 | $ 18.88 | $ 85.91 | $ 13.02 | $ 405.17 | $ 86.21 | $ 286.40 |
| 20 | | $ 1,301.72 | $ 325.43 | $ 80.71 | $ 18.88 | $ 85.91 | $ 13.02 | $ 405.17 | $ 86.21 | $ 286.40 |
| 21 | | $ 1,301.72 | $ 325.43 | $ 80.71 | $ 18.88 | $ 85.91 | $ 13.02 | $ 405.17 | $ 86.21 | $ 286.40 |
| 22 | | $ 1,301.72 | $ 325.43 | $ 80.71 | $ 18.88 | $ 85.91 | $ 13.02 | $ 405.17 | $ 86.21 | $ 286.40 |
| 23 | | $ 1,301.72 | $ 325.43 | $ 80.71 | $ 18.88 | $ 85.91 | $ 13.02 | $ 405.17 | $ 86.21 | $ 286.40 |
| 24 | | $ 1,301.72 | $ 325.43 | $ 80.71 | $ 18.88 | $ 85.91 | $ 13.02 | $ 405.17 | $ 86.21 | $ 286.40 |
| 25 | | $ 1,301.72 | $ 325.43 | $ 80.71 | $ 18.88 | $ 85.91 | $ 13.02 | $ 405.17 | $ 86.21 | $ 286.40 |
| 26 | | $ 1,301.72 | $ 325.43 | $ 80.71 | $ 18.88 | $ 85.91 | $ 13.02 | $ 405.17 | $ 86.21 | $ 286.40 |
| 27 | | $ 1,301.72 | $ 325.43 | $ 80.71 | $ 18.88 | $ 85.91 | $ 13.02 | $ 405.17 | $ 86.21 | $ 286.40 |
| 28 | | $ 1,301.72 | $ 325.43 | $ 80.71 | $ 18.88 | $ 85.91 | $ 13.02 | $ 405.17 | $ 86.21 | $ 286.40 |
| 29 | | $ 1,301.72 | $ 325.43 | $ 80.71 | $ 18.88 | $ 85.91 | $ 13.02 | $ 405.17 | $ 86.21 | $ 286.40 |
| 30 | | $ 1,301.72 | $ 325.43 | $ 80.71 | $ 18.88 | $ 85.91 | $ 13.02 | $ 405.17 | $ 86.21 | $ 286.40 |
| 31 | | $ 1,301.72 | $ 325.43 | $ 80.71 | $ 18.88 | $ 85.91 | $ 13.02 | $ 405.17 | $ 86.21 | $ 286.40 |
| 32 | | $ 1,301.72 | $ 325.43 | $ 80.71 | $ 18.88 | $ 85.91 | $ 13.02 | $ 405.17 | $ 86.21 | $ 286.40 |
| 33 | | $ 1,301.72 | $ 325.43 | $ 80.71 | $ 18.88 | $ 85.91 | $ 13.02 | $ 405.17 | $ 86.21 | $ 286.40 |
| 34 | | $ 1,301.72 | $ 325.43 | $ 80.71 | $ 18.88 | $ 85.91 | $ 13.02 | $ 405.17 | $ 86.21 | $ 286.40 |
| 35 | | $ 1,301.72 | $ 325.43 | $ 80.71 | $ 18.88 | $ 85.91 | $ 13.02 | $ 405.17 | $ 86.21 | $ 286.40 |
| 36 | | $ 1,301.72 | $ 325.43 | $ 80.71 | $ 18.88 | $ 85.91 | $ 13.02 | $ 405.17 | $ 86.21 | $ 286.40 |
| 37 | | $ 1,301.72 | $ 325.43 | $ 80.71 | $ 18.88 | $ 85.91 | $ 13.02 | $ 405.17 | $ 86.21 | $ 286.40 |
| 38 | | $ 1,301.72 | $ 325.43 | $ 80.71 | $ 18.88 | $ 85.91 | $ 13.02 | $ 405.17 | $ 86.21 | $ 286.40 |
| 39 | | $ 1,301.72 | $ 325.43 | $ 80.71 | $ 18.88 | $ 85.91 | $ 13.02 | $ 405.17 | $ 86.21 | $ 286.40 |
| 40 | | $ 1,301.72 | $ 325.43 | $ 80.71 | $ 18.88 | $ 85.91 | $ 13.02 | $ 405.17 | $ 86.21 | $ 286.40 |
| 41 | | $ 1,301.72 | $ 325.43 | $ 80.71 | $ 18.88 | $ 85.91 | $ 13.02 | $ 405.17 | $ 86.21 | $ 286.40 |
| 42 | | $ 1,301.72 | $ 325.43 | $ 80.71 | $ 18.88 | $ 85.91 | $ 13.02 | $ 405.17 | $ 86.21 | $ 286.40 |
| 43 | | $ 1,301.72 | $ 325.43 | $ 80.71 | $ 18.88 | $ 85.91 | $ 13.02 | $ 405.17 | $ 86.21 | $ 286.40 |
| 44 | | $ 1,301.72 | $ 325.43 | $ 80.71 | $ 18.88 | $ 85.91 | $ 13.02 | $ 405.17 | $ 86.21 | $ 286.40 |
| 45 | | $ 1,301.72 | $ 325.43 | $ 80.71 | $ 18.88 | $ 85.91 | $ 13.02 | $ 405.17 | $ 86.21 | $ 286.40 |
| 46 | | $ 1,301.72 | $ 325.43 | $ 80.71 | $ 18.88 | $ 85.91 | $ 13.02 | $ 405.17 | $ 86.21 | $ 286.40 |
| 47 | | $ 1,301.72 | $ 325.43 | $ 80.71 | $ 18.88 | $ 85.91 | $ 13.02 | $ 405.17 | $ 86.21 | $ 286.40 |
| 48 | | $ 1,301.72 | $ 325.43 | $ 80.71 | $ 18.88 | $ 85.91 | $ 13.02 | $ 405.17 | $ 86.21 | $ 286.40 |
| 49 | | $ 1,301.72 | $ 325.43 | $ 80.71 | $ 18.88 | $ 85.91 | $ 13.02 | $ 405.17 | $ 86.21 | $ 286.40 |
| 50 | | $ 1,301.72 | $ 325.43 | $ 80.71 | $ 18.88 | $ 85.91 | $ 13.02 | $ 405.17 | $ 86.21 | $ 286.40 |
| 51 | | $ 1,301.72 | $ 325.43 | $ 80.71 | $ 18.88 | $ 85.91 | $ 13.02 | $ 405.17 | $ 86.21 | $ 286.40 |
| 52 | | $ 1,301.72 | $ 325.43 | $ 80.71 | $ 18.88 | $ 85.91 | $ 13.02 | $ 405.17 | $ 86.21 | $ 286.40 |
| 53 | | $ 1,301.72 | $ 325.43 | $ 80.71 | $ 18.88 | $ 85.91 | $ 13.02 | $ 405.17 | $ 86.21 | $ 286.40 |
| 54 | | $ 1,301.72 | $ 325.43 | $ 80.71 | $ 18.88 | $ 85.91 | $ 13.02 | $ 405.17 | $ 86.21 | $ 286.40 |
| 55 | | $ 1,301.72 | $ 325.43 | $ 80.71 | $ 18.88 | $ 85.91 | $ 13.02 | $ 405.17 | $ 86.21 | $ 286.40 |
| 56 | | $ 1,301.72 | $ 325.43 | $ 80.71 | $ 18.88 | $ 85.91 | $ 13.02 | $ 405.17 | $ 86.21 | $ 286.40 |
| 57 | | $ 1,301.72 | $ 325.43 | $ 80.71 | $ 18.88 | $ 85.91 | $ 13.02 | $ 405.17 | $ 86.21 | $ 286.40 |
| 58 | | $ 1,301.72 | $ 325.43 | $ 80.71 | $ 18.88 | $ 85.91 | $ 13.02 | $ 405.17 | $ 86.21 | $ 286.40 |
| | | $ 75,500.00 | $ 18,875.00 | $ 4,681.00 | $ 1,094.75 | $ 4,983.00 | $ 755.00 | $ 23,500.00 | $ 5,000.00 | $ 16,611.25 |
| | Sullivan (Service Payment) | $ 1,000.00 | $ 250.00 | $ 62.00 | $ 14.50 | $ 66.00 | $ 10.00 | N/A | N/A | $ 597.50 |
| | | $ 76,500.00 | $ 19,125.00 | $ 4,743.00 | $ 1,109.25 | $ 5,049.00 | $ 765.00 | $ 23,500.00 | $ 5,000.00 | $ 17,208.75 |