# Exhibit C

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: <br> GRA LIQUIDATION, INC., *et al.*,[1] | : <br> : <br> : <br> : | Chapter 7 <br> Case No. 09-10170 (KJC) <br> Jointly Administered |
| Debtors, | : <br> : | Related Docket No. 964, 965, 984, 985, 987 |
| TERRIE SULLIVAN, on behalf of herself <br> and all others similarly situated, | : <br> : <br> : | Adversary Proceeding <br> Adv. Pro. No. 09-51620 (KJC) |
| Plaintiff, <br> v. <br> GRA LIQUIDATION, INC., *et al.* <br> Defendants. | : <br> : <br> : <br> : <br> : <br> : <br> : | Related Docket Nos. 33, 34, 40, 41 + 45 |

**ORDER PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019
APPROVING SETTLEMENT BY AND BETWEEN GEORGE L. MILLER,
CHAPTER 7 TRUSTEE FOR THE ESTATES OF GRA LIQUIDATION, INC.,
ET AL., AND TERRIE SULLIVAN, ON BEHALF OF HERSELF AND
<u>ALL OTHERS SIMILARLY SITUATED</u>**

Upon consideration of the *Motion for Order Pursuant to Federal Rule of Bankruptcy Procedure 9019 Approving Settlement by and between George L. Miller, Chapter 7 Trustee for the Estates of GRA Liquidation, Inc., et al., and Terrie Sullivan, On Behalf of Herself And All Others Similarly Situated* (the "Motion")[2], the Court having reviewed the Motion, there being no objections thereto, and it appearing to the Court that; (a) it has jurisdiction over this matter pursuant to 28 U.S.C. § 157 and (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); the Court finding that notice of the Motion given by the Trustee is appropriate under the circumstances; and the Court being fully advised in the premises after having conducted two hearings on the matter and having determined that the legal and factual basis set forth in the Motion establish just cause for the relief granted herein, it is hereby ORDERED that:

---

[1] The Debtors are GRA Liquidation, Inc. (f/k/a Pecus ARG Holding, Inc.), GRA Enterprises Liquidation, Inc. (f/k/a ARG Enterprises, Inc.), and PMC Liquidation Corporation (f/k/a ARG Property Management Corporation).

[2] Each capitalized term not defined herein shall have the meaning ascribed to such term in the Motion.

1. The Motion is GRANTED.

2. The Settlement and Release Agreement, including the First Amendment to same, in the form attached as Exhibit "A" to the Motion, is within the Trustee's sound business judgment, reasonable, made in good faith and is in the best interests of the Debtors' Estates.

3. The Settlement and Release Agreement is APPROVED.

4. The Court shall retain jurisdiction over any matter or dispute arising from or relating to the Settlement and/or implementation of this Order.

Dated: July __, 2014

The Honorable Kevin J. Carey
United States Bankruptcy Judge

2