IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : |
| | : |
| | : Chapter 7 |
| GRA ENTERPRISES | : |
| LIQUIDATION, INC., | : |
| | : Case No. 09-10171 (KJC) |
| Debtor. | : (Lead Case No. – 09-10170 (KJC) – |
| | : Jointly Administered) |

**NOTICE OF AGENDA OF MATTER SCHEDULED
FOR HEARING ON JULY 6, 2016 AT 11:00 A.M. (ET)**

# *[HEARING CANCELLED]*

**CONTINUED MATTER:**

1. Motion of George L. Miller, Chapter 7 Trustee, to Pay Unclaimed Funds to Court; filed May 24, 2016 [Docket No. 25].

    Response Deadline:  April 13, 2016 at 4:00 P.M. ET.

    Responses Received:

    A.  Limited Objection of WARN Act Claimants; filed April 14, 2016 [Docket No. 26].

    Related Documents:

    B.  Proposed Order.

    Status:  The Objector and the Trustee have reached a consensual resolution and will submit a proposed form of order under certification of counsel. The Court has cancelled the hearing.

Dated: July 1, 2016
      Wilmington, Delaware

CIARDI CIARDI & ASTIN

/s/ *signature*
Daniel K. Astin (No. 4068)
John D. McLaughlin, Jr. (No. 4123)
Joseph J. McMahon, Jr. (No. 4819)
1204 N. King Street
Wilmington, Delaware 19801
(302) 658-1100 telephone
(302) 658-1300 facsimile
jmclaughlin@ciardilaw.com

## CERTIFICATE OF SERVICE

I, John D. McLaughlin, Jr., hereby certify that on the 1st day of July, 2016, I caused a copy of the foregoing **Notice of Agenda of Matter Scheduled for Hearing on July 6, 2016 at 11:00 a.m. ET** to be served on the persons listed below via first class United States mail, postage prepaid.

Office of the United States Trustee
844 N. King Street, Suite 2207
Wilmington, DE  19801

Jack A. Raisner, Esquire
Rene S. Roupinian, Esquire
Outten & Golden LLP
3 Park Avenue, 29th Floor
New York, NY  10016

Christopher D. Loizides, Esquire
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801

                                                                                     _____
                                                                                     John D. McLaughlin, Jr. (No. 4123)